Blake E. ANDERSON; Deborah
Sue Anderson, Appellants,

v.

MADISON COUNTY COMMISSION-
ERS; David L. Lewis, Sheriff;
et al., Appellees.

No. 02–2599.

United States Court of Appeals,
Eighth Circuit.

Submitted March 7, 2003.

Decided March 17, 2003.

---

1. The HONORABLE CAROL E. JACKSON, Chief Judge of the United States District

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

PER CURIAM.

Missouri inmate Blake Anderson (Blake) and his non-inmate wife Deborah (Deborah), appeal the district court's[1] adverse grant of summary judgment dismissing their 42 U.S.C. § 1983 action against various officials and employees of the Madison County Jail. Having carefully reviewed the record, we conclude that the evidence presented below failed to establish a trialworthy issue as to Blake's or Deborah's inadequate-medical-care claims, or as to Deborah's excessive-force claim. We do not address claims the Andersons abandoned or first raise on appeal. Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

Court for the Eastern District of Missouri.